## TRISTRAM FOLGER VS. BRIGANTINE *Swansey,* 1749

COLONY OF RHODE ISLAND ETC At a Court of Vice Admiralty held at Newport in the Colony afores$^d$ on Friday the Tenth of November A. D: 1749
Present the Honble Samuel Wickham Esq$^r$ D$^y$ Judge
The Court being opened